**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**MOBILE DIVISION**

| | | |
|---|---|---|
| **ASHLEY GIBBS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **1:26-cv-00101-WS-M** |
| | ) | |
| **RESURGENT CAPITAL SERVICES, L.P.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>RESURGENT CAPITAL SERVICES L.P.'S RULE 7.1</u>**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1, Defendant Resurgent Capital Services L.P. ("Resurgent") makes the following disclosure(s):

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, either (i) identify any parent corporation and any publicly held corporation owning 10% or more of its stock or (ii) state there is no such corporation:

Defendant Resurgent Capital Services L.P. is a limited partnership between Resurgent Holdings, LLC and Alegis Group, LLC. No publicly held corporation owns 10% or more of Resurgent's stock.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

N/A.

3. To the extent not otherwise disclosed above, if the filer is a nongovernmental artificial entity appearing as a party or an amicus curiae, identify all parent companies, subsidiaries, parents, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the S.D. Ala. Civil L.R. 7.1:

None applicable other than those disclosed above.

[**X**] I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and that I will amend this Disclosure Statement promptly upon learning of any relevant changes or corrections.

Respectfully submitted this the 20th day of April, 2026.

*<u>/s/ R. Frank Springfield</u>*
R. Frank Springfield (SPR024)
Jackson C. Burrow (BUR232)
fspringfield@burr.com
jburrow@burr.com
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5345

Attorneys for Defendant
RESURGENT CAPITAL SERVICES L.P.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

Noelle Sillmon
Legally Noelle Services, LLC
P.O. Box 242141
Montgomery, AL 36124
Legally.noelle@gmail.com
*Attorney for Plaintiff*

*/s/ R. Frank Springfield*
OF COUNSEL